FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.
01 MAR -6 PM 3:26

SIGN_____
BY DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHRISTINA ESCOBEDO** | * | **CIVIL ACTION** |
| **Plaintiff,** | * | **NO. 00-601** |
| **VERSUS** | * | **SECTION D** |
| **C.F. INDUSTRIES, INC. and TURNER INDUSTRIES, LTD.,** | * | **MAGISTRATE DIVISION 3** |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \*

## MOTION FOR PARTIAL DISMISSAL WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, Christina Escobedo, who, pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully files this Motion for Partial Dismissal Without Prejudice, upon representing as follows:

1.

Christina Escobedo is the natural mother of the minor child Russell Fabian Escobedo. She has brought this suit on her individual behalf and on behalf of the minor child Russell Fabian Escobedo to recover damages arising from the death of Richard Escobedo, the spouse of Christina Escobedo and the natural father of Russell Fabian Escobedo.

2.

In connection with the proceeding entitled, *"In the Interest of Russell F. Escobedo, A Child,"* bearing docket number 00-06-0221-CVW on the docket of the 81st Judicial District Court for Wilson County, Texas, a ruling was made relinquishing Christina Escobedo's

1

conservatorship over the affairs (including legal matters) of Russell Fabian Escobedo. The court granted full managing conservatorship over the affairs (including legal matters) of Russell Fabian Escobedo to Robert Perez, Sr. and Esperanza Perez, the maternal grandparents of Russell Fabian Escobedo. Christina Escobedo is therefore presently without the legal capacity to represent Russell Fabian Escobedo in the legal matter of this lawsuit.

3.

Robert Perez, Sr. and Esperanza Perez have commenced litigation on behalf Russell Fabian Escobedo seeking damages arising from the death of Richard Escobedo. That litigation is entitled, *"Glenn Ford, et al. v. CF Industries, Inc., et al.,"* bearing docket number 2000-59275 on the docket of the 189th Judicial District Court for Harris County, Texas.

4.

Plaintiff desires to dismiss, without prejudice, the claims that are asserted in this lawsuit on behalf of the minor child Russell Fabian Escobedo, such that the duly appointed conservators of the child may proceed to assert the claims on behalf of Russell Fabian Escobedo in the litigation pending in Harris County, Texas.

5.

Plaintiff desires to maintain the individual claims that are asserted herein on her behalf.

WHEREFORE, plaintiff, Christina Escobedo, prays that the Court enter an Order of Partial Dismissal Without Prejudice dismissing, without prejudice, the claims that are asserted herein on behalf of the minor child Russell Fabian Escobedo.

2

Respectfully submitted,

*Peter N Freiberg*

GLADSTONE N. JONES, III, T.A. (#22221)
SPIRO J. VERRAS (#22657)
PETER FREIBERG (#22912)
**SMITH, JONES & FAWER, L.L.P.**
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170
Telephone: (504) 525-2200
Fax: (504) 525-2205
**Counsel for Plaintiff**

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 5th day of March, 2001, served a copy of the foregoing upon all counsel of record by depositing the same in the United States Mail, properly addressed and first class postage prepaid.

*Peter N Freiberg*

3