

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHRISTINA ESCOBEDO** | * | CIVIL ACTION |
| **Plaintiff,** | * | NO. 00-601 |
| **VERSUS** | * | SECTION D |
| **C.F. INDUSTRIES, INC. and TURNER INDUSTRIES, LTD.,** | * | MAGISTRATE DIVISION 3 |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \*

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

CONSIDERING THE FOREGOING Motion for Partial Dismissal Without Prejudice filed by plaintiff, Christina Escobedo:

IT IS ORDERED that the claims asserted herein on behalf of the minor child Russell Fabian Escobedo be, and are hereby, dismissed, without prejudice.

IT IS FURTHER ORDERED that all claims and demands asserted herein other than those on behalf of the minor child Russell Fabian Escobedo are unaffected by this Order of Partial Dismissal Without Prejudice and remain pending before the Court.

Baton Rouge, Louisiana, this 19th day of MARCH, 2001.

_____
UNITED STATES DISTRICT JUDGE

DKT. & ENTERED
DATE_____
NOTICE MAILED TO:
DATE 3-19 BY: NML

JJB
SE
Jones
Kerrigan
Balhoff

| INITIALS | DOCKET# |
|---|---|
| NML | 11 |