FILED
U.S. D'ST. COURT
MIDDLE D. OF LA.

01 MAR 22 PM 12:56

S.GN_____
 by DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTINA ESCOBEDO | CIVIL ACTION NO.: 00-601D-M3 |
| VERSUS | JUDGE:<br>HONORABLE JAMES J. BRADY |
| CF INDUSTRIES, INC. AND<br>TURNER INDUSTRIES, LTD. | MAGISTRATE JUDGE:<br>HONORABLE DOCIA L. DALBY |

### MOTION FOR SUMMARY JUDGMENT AND, ALTERNATIVELY, FOR DISMISSAL ON BEHALF OF CF INDUSTRIES, INC.

Defendant, CF Industries, Inc. ("CFI"), moves the Court to enter herein a Summary Judgment or, alternatively, a Judgment of Dismissal, dismissing plaintiff's above-captioned law suit as to CFI.

This Motion for Summary Judgment is made pursuant to Rule 56 of the Federal Rules of Civil Procedure, on the grounds that the pleadings and exhibits of record herein disclose that there is no genuine issue as to any material fact and that mover is entitled to judgment as a matter of law.





The alternative Motion to Dismiss is made pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on the grounds that plaintiff's complaint fails to state a claim upon which relief can be granted.

Reasons and authorities supporting these alternative motions are more fully set forth in the memorandum which is attached hereto and made a part hereof.

Respectfully submitted this 22$^d$ day of March, 2001.

ROBERT E. KERRIGAN, JR. (#7350), T.A.
CHARLES E. LECHE (#8218)
    OF
DEUTSCH, KERRIGAN & STILES, LLP
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-514

- and -

MARK C. DODART (#17549)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311

-2-

- and -

JOHN W. PERRY JR. (#10524)
DANIEL J. BALHOFF (#18776)
ATKINSON, PERRY, ATKINSON
      & BALHOFF, L.L.C.
2141 Quail Run Drive
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730

Attorneys for Defendant, CF Industries, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have, on this 22d day of March, 2001, served a copy of the foregoing motion on counsel for all parties to this proceeding, by courier service, by hand delivery or by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
CHARLES E. LECHE

G:\KINDSCHE\Cel\00602\131\pldngs\MdLa\Escobedo\MFSJ-1\motdismiss.wpd

-3-

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTINA ESCOBEDO** | CIVIL ACTION NO.: 00-601D-M3 |
| **VERSUS** | JUDGE:<br>HONORABLE JAMES J. BRADY |
| **CF INDUSTRIES, INC. AND**<br>**TURNER INDUSTRIES, LTD.** | MAGISTRATE JUDGE:<br>HONORABLE DOCIA L. DALBY |

**NOTICE OF HEARING:**
**MOTION FOR SUMMARY JUDGMENT**
**AND, ALTERNATIVELY, FOR DISMISSAL**
**ON BEHALF OF CF INDUSTRIES, INC.**

TO: Peter Freiberg, Esq.
Smith, Jones & Fawer, L.L.P.
210 St. Charles Ave., Suite 3702
New Orleans, LA 70170

and

Newton Schwartz, Esq.
1911 Southwest Freeway
Houston, TX 77098

and

Enrique "Rick" Dovalina, Esq.
Dovalina & Eureste, L.L.P.
3336 Richmond Ave., Suite 100
Houston, TX 77098

Counsel for plaintiff, Christina Escobedo


Thomas E. Balhoff, Esq.
Roedel Parsons Koch Frost Balhoff & McCollister
8440 Jefferson Highway, Suite 301
Baton Rouge, LA 70809

Counsel for defendant, Turner Industrial Services, Inc.

**PLEASE TAKE NOTICE** that defendant, CF Industries, Inc., will bring the attached alternative motions for summary judgment and to dismiss on for hearing in the United States District Court, Middle District of Louisiana, 777 Florida Street, Baton Rouge, Louisiana, before the Honorable James J. Brady on Friday, the 4th day of May, 2001.

Pursuant to LR 78.1M, the motion will be decided by the Court without oral argument, unless otherwise ordered by the Court. Mover reserves the right to petition the court to hold oral argument on these alternative motions.

Respectfully submitted this 22d day of March, 2001.

ROBERT E. KERRIGAN, JR. (#7350), T.A.
CHARLES E. LECHE (#8218)
   OF
DEUTSCH, KERRIGAN & STILES, LLP
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-514

-2-

- and -

MARK C. DODART (#17549)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311

- and -

JOHN W. PERRY JR. (#10524)
DANIEL J. BALHOFF (#18776)
ATKINSON, PERRY, ATKINSON
    & BALHOFF, L.L.C.
2141 Quail Run Drive
Baton Rouge, Louisiana 70884-3260
Telephone: (225) 767-7730

Attorneys for Defendant, CF Industries, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have, on this 22d day of March, 2001, served a copy of the foregoing motion on counsel for all parties to this proceeding, by courier service, by hand delivery or by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
CHARLES E. LECHE

G:\KINDSCHE\Cel\00602\131\pldngs\MdLa\Escobedo\MFSJ-1\notcmotn.01

-3-