UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA
2002 NOV 18 P 2:26

BY DEPUTY CLERK

| | | |
|---|---|---|
| CHRISTINA ESCOBEDO | * | CIVIL ACTION |
| Plaintiff, | * | NO. 00-601 |
| VERSUS | * | SECTION D |
| C.F. INDUSTRIES, INC. and TURNER INDUSTRIES, LTD., | * | MAGISTRATE DIVISION 3 |
| Defendants. | * | |

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes plaintiff, Christina Escobedo, who moves to dismiss this matter, with prejudice, against the remaining defendant. In support of this Motion to Dismiss, plaintiff represents that she has received recovery in a proceeding in Texas state court by way of the estate of her deceased spouse who died in the industrial accident that is the subject of this suit, and therefore desires to discontinue the prosecution of this matter.

Respectfully submitted,

*Peter N Freiberg*
PETER FREIBERG (#22912)
JONES, VERRAS & FREIBERG, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: 504-523-2500

**Counsel for Plaintiff**

1

| INITIALS | DOCKET# |
|---|---|
| mt | 50 |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 14TH day of November, 2002, served a copy of the foregoing upon all counsel of record by depositing the same in the United States Mail, properly addressed and first class postage prepaid.

_____Peter A Freiberg_____

2